UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. MJ07-157 |
| v. ) | |
| ) | |
| JULIAN PENA-ACUWA, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Count 1: Possession with Intent to Distribute Marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2.

Date of Detention Hearing:   March 30, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The Court and defendant have been advised that a detainer has been placed on defendant by Immigration and Customs Enforcement.

    (2)    Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

    (3)    There appear to be no conditions or combination of conditions that will

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01 reasonably assure the defendant's appearance at future Court hearings.

02       IT IS THEREFORE ORDERED:

03       (1)   Defendant shall be detained pending trial and committed to the custody of the
04             Attorney General for confinement in a corrections facility separate, to the extent
05             practicable, from persons awaiting or serving sentences or being held in custody
06             pending appeal;

07       (2)   Defendant shall be afforded reasonable opportunity for private consultation with
08             counsel;

09       (3)   On order of a court of the United States or on request of an attorney for the
10             Government, the person in charge of the corrections facility in which defendant
11             is confined shall deliver the defendant to a United States Marshal for the purpose
12             of an appearance in connection with a court proceeding; and

13       (4)   The Clerk shall direct copies of this Order to counsel for the United States, to
14             counsel for the defendant, to the United States Marshal, and to the United States
15             Pretrial Services Officer.

16       DATED this 30th day of March, 2007.

                                           *James P. Donohue* (signature)
                                    _____
                                    JAMES P. DONOHUE
                                    United States Magistrate Judge